# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.　　　　　　　　　　　　　　　　　　　CASE NO. 8:91CR301-T-EAK-MAP

WILLIE JEFFERSON

_____/

## ORDER

　　　　This cause comes before the Court on notice from the Office of the Federal Defender that it has satisfied the requirements set forth in the Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-MC-78-ORL-22 ("Omnibus Order"), and notification that the office will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Jefferson as to the retroactive application of revised sentencing guidelines (Doc. 1315).  The Defendant in this case hast filed his own motion and memorandum in support of a reduction in sentence under Amendment 782.  The Court will allow the Defendant to file a further motion requesting a reduction before it determines the matter.  Accordingly, it is.

　　　　**ORDERED** that defendant has up to and including December 28, 2015 to file a motion and memorandum in support of his contention that his sentence should be reduced.  The government is directed to file a response to any filings within fifteen days of the date of any filing from the defendant.  The Court will rule on the issue as soon as possible after that date.  The Federal Defender is withdrawn from this matter.

　　　　**DONE AND ORDERED** in Chambers in Tampa, Florida this 29th day of October, 2015.

　　　　　　　　　　　　　　　　　ELIZABETH A. KOVACHEVICH
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record